FILED
United States Court of Appeals
Tenth Circuit

December 5, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

TENNTH CIRCUIT

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENET DEL CID-RENDON, also
known as Rendon Kenet Del Cid,
Carlos Leonel and Keneth Leonel,

Defendant - Appellant.

No. 08-3002

(D. Kansas)

(D.C. No. 2:06-CR-20021-KHV-2)

---

ORDER AND JUDGMENT[*]

---

Before **BRISCOE**, **MURPHY**, and **HARTZ**, Circuit Judges.

---

Kenet Del Cid-Rendon appeals the sentence imposed after his plea of guilty

to charges arising out of a drug conspiracy. He challenges only the substantive

reasonableness of the sentence, which was within the advisory guidelines range.

Mr. Cid-Rendon argues that his criminal-history category overrepresented his

criminal history and that he should not have been treated the same as codefendant

---

[*]After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is
therefore ordered submitted without oral argument. This order and judgment is
not binding precedent except under the doctrines of law of the case, res judicata,
and collateral estoppel. It may be cited, however, for its persuasive value
consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Edguar Lizardo-Figueroa, who was described in the presentence report as the other "lieutenant[]" in the conspiracy. R. Vol. III at 18. Mr. Cid-Rendon has not overcome the presumption of reasonableness that we attach to a within-guidelines sentence. *See United States v. Kristl*, 437 F.3d 1050, 1053–54 (10th Cir. 2006). We therefore AFFIRM his sentence.

ENTERED FOR THE COURT


Harris L Hartz
Circuit Judge